

Attorneys at Law

Lauri F. Rasnick
t  212.351.4854
f  212.878.8600
LRasnick@ebglaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2019
```

**MEMO ENDORSED**

November 26, 2019

VIA ECF
Hon. Katherine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 100007-1312
Parker_NYSDChambers@nysd.uscourts.gov

Re: Gilchrest v. The New York and Presbyterian Hospital, et al., Case No. 1:19-cv-05079 – Joint Motion to Adjourn Initial Case Management Conference

Dear Judge Parker:

Our firm represents The New York, Presbyterian Hospital and New York-Presbyterian Lawrence Hospital ("Hospital Defendants"), Lisa Oranzio, and Christopher Garafola. We write this letter jointly, with counsel for Plaintiff Ashley Gilchrist, to request an adjournment of the Initial Case Management Conference currently scheduled for December 2, 2019.  This is the parties' first request for an adjournment.  The Parties propose December 10, 11 and 18 as alternative dates for the conference.

Thank you for your consideration.

Respectfully submitted,

*/s/Lauri F. Rasnick*
Lauri F. Rasnick

cc: John J. Halton, Esq. (via ECF)
Ishan Dave, Esq. (via ECF)
James S. Frank, Esq. (via ECF)

**APPLICATION GRANTED:** The Initail Case Management Conference in this matter that is scheduled for Monday, December 2, 2019 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, December 10, 2019 at 10:00 a.m.</u>

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

11/27/2019