UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ASHLEY GILCHRIST,

                              Plaintiff,

            -against-

NEW YORK PREBYTERIAN HOSPITAL et al.,

                            Defendants.

-----------------------------------------------------------------

19-CV-5079 (LTS) (KHP)

ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2019

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The initial Case Management Conference in this matter that was previously scheduled for Tuesday, December 10, 2019 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, January 9, 2020 at 2:30 p.m.**

      SO ORDERED.

DATED:    New York, New York
                December 10, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge